UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:05-MJ-1044 |
| V. | ) | (GUYTON) |
| | ) | |
| JIMMY SCOTT SIMPSON | ) | |

ORDER

The Court finds after review of the defendant's Financial Affidavit and defendant's answers to the court's questions, that defendant, **Jimmy Scott Simpson,** does not have the funds to retain an attorney of his choice and that the defendant wants to be represented by counsel.

Accordingly, I find that the defendant qualifies for appointment of counsel and it is **ORDERED** the following counsel will be appointed to represent the defendant:

**Kelly S. Johnson
706 Walnut Street
Suite 900
Knoxville, TN 37919
Telephone: (865) 525-3773
FAX:    (865) 637-2185**

ENTER:


                s/ H. Bruce Guyton
United States Magistrate Judge